IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WESLEY A. BROWN, JR.     PLAINTIFF

v.     CIVIL NO. 04-5082

JO ANNE B. BARNHART, Commissioner
Social Security Administration     DEFENDANT

**O R D E R**

Now on this 29th day of August 2005, comes on for consideration the Report and Recommendation dated August 15, 2005, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, and remands this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

    /s/ Jimm Larry Hendren
    HON. JIMM LARRY HENDREN
    UNITED STATES DISTRICT JUDGE